## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TRIUMPH IP LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>ITERIS, INC.,<br><br>                    Defendant. | C.A. No. 21-cv-01211-MN<br><br>**JURY TRIAL DEMANDED** |

### JOINT STIPULATION OF DISMISSAL

Plaintiff Triumph IP LLC and Defendant Iteris, Inc., pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate as follows:

Plaintiff voluntarily dismisses all of the claims asserted against Defendant WITH PREJUDICE with each party bearing their own costs and fees.

Defendant voluntarily dismisses all of its counterclaims asserted against Plaintiff WITHOUT PREJUDICE with each party bearing their own costs and fees.

October 6, 2022

CHONG LAW FIRM, P.A.

/s/ Jimmy Chong
Jimmy Chong (#4839)
2961 Centerville Road, Suite 350
Wilmington, DE 19808
Telephone: (302) 999-9480
Facsimile: (302) 800-1999
Email: patent@chonglawfirm.com

OF COUNSEL:

David R. Bennett
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

FISH & RICHARDSON PC

/s/ Jeremy D. Anderson
Jeremy D. Anderson (#4515)
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE 19801
(302) 652-5070 Telephone
(302) 652-0607 Facsimile
janderson@fr.com

OF COUNSEL:

Neil J. McNabnay
Lance Wyatt
Rodeen Talebi
1717 Main Street, Suite 5000
Dallas, TX 75201

*Attorneys for Plaintiff*
*Triumph IP LLC*

(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)
mcnabnay@fr.com
wyatt@fr.com
talebi@fr.com

*Attorneys for Defendant*
*Iteris, Inc.*

**SO ORDERED**, this _____ day of October, 2022.

_____
United States District Court Judge

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 6, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

*/s/ Jimmy Chong*
Jimmy Chong (#4839)
